```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMY MEZA and ABELINO MEZA, on                               :
behalf of themselves and all others similarly               :
situated,                                                   :
                                                            :
                              Plaintiffs,                   :
                                                            :
              - against -                                   :
                                                            :
317 AMSTERDAM CORP., d/b/a TOLANI,                          :
STANTON DU TOIT and TURGUT                                  :
BALIKCI,                                                    :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2015

14-CV-9007 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiffs' motion for conditional collective action certification, (Doc. 29), Plaintiffs' supporting memoranda and declaration, (Docs. 30, 31, 36), and Defendants' opposition declaration, (Doc. 35).  The parties are directed to appear for oral argument on Plaintiffs' motion on August 7, 2015 at 2:45pm in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated: July 14, 2015
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge